**EXHIBIT A**

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HARDY AND TRUDIE HARDY,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01657 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS MICHAEL HARDY AND TRUDIE HARDY** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Michael Hardy and Trudie Hardy and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Michael

2055276.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Michael Hardy and Trudie Hardy - 1

Hardy and Trudie Hardy as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

            Respectfully submitted,

            ALEXANDER, HAWES & AUDET, LLP

            By: _____
                  RICHARD D ALEXANDER, Cal. Bar #48432
                  JEFFREY W/ RICKARD, Cal. Bar #125180
                  RYAN M. HAGAN, Cal Bar #200850
                  152 North Third Street, Suite 600
                  San Jose, CA 95112
                  Telephone:  (408) 289-1776
                  Facsimile:  (408) 287-1776

Attorneys for Plaintiffs Michael Hardy and Trudie Hardy

HUSCH & EPPENBERGER, LLC

By: _____/s/ Carol A. Rutter_____
        THOMAS M. CARNEY, admitted *pro hac vice*
        CAROL A. RUTTER, admitted *pro hac vice*
        190 Carondelet Plaza, Suite 600
        St. Louis, MO  63105-3441
        Telephone:  (314) 480-1500
        Facsimile:  (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone:  (408) 993-9911
Facsimile:  (408) 993-1335

Attorneys for Defendant Olin Corporation

2055276.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Michael Hardy and Trudie Hardy - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HARDY AND TRUDIE HARDY,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.:  C 03-01657 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS MICHAEL HARDY AND TRUDIE HARDY** |

THIS MATTER coming on the motion of Plaintiffs Michael Hardy and Trudie Hardy and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Michael Hardy and Trudie Hardy's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    _Ronald M. Whyte_

2055276.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Michael Hardy and Trudie Hardy - 3**